IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-02111-MSK

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

TALENT TREE, INC.,

    Defendant.

_____

### ORDER OF RECUSAL
_____

**THIS MATTER** comes before the Court *sua sponte*.

An attorney appearing on behalf of one of the parties in this case is associated with a member of the undersigned's chambers staff. Accordingly, pursuant to 28 U.S.C. § 455(a), the undersigned **RECUSES** herself from further consideration of this matter. The Clerk of the Court shall draw this case to another District Judge.

Dated this 3d day of November, 2008

                      BY THE COURT:

                      *Marcia S. Krieger*
                      _____

                      Marcia S. Krieger
                      United States District Judge