IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02111-PAB-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff(s),

v.

TALENT TREE, INC.,

Defendant(s).

---

MINUTE ORDER

---

Entered by Michael J. Watanabe

It is hereby ORDERED that the Motion for Leave to Intervene as Party Plaintiff
(Docket No. 4, Attach. 1) is granted, and the tendered Complaint (Docket No. 4) is
accepted for filing as of the date of this Minute Order.

Date: November 20, 2008